JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN CHRISTINE RUSSELL. | ) | Case No.  2:21-CV-01595-CKD |
| | ) | |
|     Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant | ) | |
| | ) | |
| | ) | |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 35 Days to June 10, 2022, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has a very heavy briefing schedule due to the large number of administrative transcripts she is currently receiving.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: May 2, 2022                         JACQUELINE A. FORSLUND
                                          Attorney at Law


                                          */s/Jacqueline A. Forslund*
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff


Date:  May 2, 2022                        PHILLIP A. TALBERT
                                          United States Attorney
                                          PETER THOMPSON
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          */s/Patrick Snyder*
                                          PATRICK SNYDER
                                          Special Assistant United States Attorney
                                          *By email authorization

                                          Attorney for Defendant


                                          <u>ORDER</u>

APPROVED AND SO ORDERED.


Dated:  May 4, 2022

                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE