1    JACQUELINE A. FORSLUND
     Forslund Law, LLC
2    CSBN 154575
     P.O. Box 4476
3    Sunriver, OR  97707
4    Telephone:    541-419-0074
     Fax:          541-593-4452
5    Email:        jaf@forslundlaw.com

6
     Attorney for Plaintiff
7

8                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
9

10   SUSAN CHRISTINE RUSSELL.            )   Case No.  2:21-CV-01595-CKD
                                         )
11          Plaintiff                    )   **STIPULATION AND**
                                         )   **ORDER FOR EXTENSION OF TIME**
12   v.                                  )   **TO FILE PLAINTIFF'S MOTION FOR**
                                         )   **SUMMARY JUDGMENT**
13   KILOLO KIJAKAZI,                    )
14   Acting Commissioner of Social Security, )
                                         )
15          Defendant                    )
                                         )
16                                       )
                                         )
17   _____ )

18          IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

19   the time 30 Days to July 11, 2022, for Plaintiff to file her Motion for Summary Judgment, in

20   accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It

21   is requested due to the fact that Plaintiff's counsel currently has a significant backlog in her workload

22   due to the large number of administrative transcripts that are being filed in addition to recently

23   experiencing an illness which limited her ability to work.

24

25

26

27

28

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: June 9, 2022

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  June 9, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/Patrick Snyder*
PATRICK SNYDER
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  June 14, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE