|   |   |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | PETER THOMPSON, HI 5890 |
|   | Acting Regional Chief Counsel |
| 3 | ELIZABETH LANDGRAF, CA 313184 |
|   | Special Assistant United States Attorney |
| 4 |     Social Security Administration |
|   |     160 Spear Street, Suite 800 |
| 5 |     San Francisco, CA 94105 |
|   |     Telephone: (510) 970-4828 |
| 6 |     Facsimile: (415) 744-0134 |
|   |     Elizabeth.Landgraf@ssa.gov |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| SUSAN CHRISTINE RUSSELL, | No. 2:21-cv-01595-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 60-day extension of time to respond to Plaintiff's Motion for Summary Judgment ("Motion") (Dkt. No. 15), extending the date on which Defendant's response is due from September 1, 2022, to October 31, 2022.

Defendant needs more time to respond to Plaintiff's Motion because the undersigned attorney was recently reassigned to this case and needs more time review the record, evaluate the issues raised in Plaintiff's Motion, determine whether options exist for settlement, and if not, prepare Defendant's Opposition to Plaintiff's Motion. In addition, the undersigned attorney for

Defendant currently has 11 district court briefs due during the month of September, in addition to other litigation deadlines.

Due to the overall volume of work within the Commissioner's Region IX Office of General Counsel, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to review and respond to Plaintiff's Motion by the current due date. Current staffing limitations caused by planned and unplanned leave of multiple attorneys make immediate reassignment impractical. Accordingly, the Commissioner respectfully requests an extension of 60 days, until October 31, 2022, to respond to Plaintiff's Motion.

This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: August 12, 2022        */s/ Jacqueline Anna Forslund*
                             JACQUELINE ANNA FORSLUND
                             Attorney for Plaintiff
                             (as approved via email)

                             PHILLIP A. TALBERT
                             United States Attorney
                             PETER THOMPSON
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

DATE: August 12, 2022    By   */s/ Elizabeth Landgraf*
                             ELIZABETH LANDGRAF
                             Special Assistant United States Attorney
                             Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 31, 2022, to respond to Plaintiff's Motion for Summary Judgment.

Dated: August 15, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE